IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOE HAND PROMOTIONS, INC.,

                                                            ORDER

                Plaintiff,

                                                     11-cv-581-bbc

      v.

SHARPSHOOTERS RESTAURANT
& SPORTS BAR, LLC., TIMOTHY
HINZ and TAMARA HINZ,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The parties have advised the court that they have settled this case. A status conference will be held by telephone on October 3, 2012, at 8:45 a.m. Plaintiff's counsel is to initiate the call. The conference will be canceled if the parties submit final settlement papers before October 3, 2012.

       Entered this 26th day of September, 2012.

                                                 BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge